# FULLY REDACTED