**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARDENT LABS, INC., d/b/a COMULATE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. 26-cv-00591 |
| | ) | |
| APPLIED SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | Hon. Manish S. Shah |
| | ) ) | |

**APPLIED'S MOTION FOR LEAVE TO FILE CERTAIN PORTIONS OF ITS
SUR-REPLY IN OPPOSITION TO COMULATE'S RENEWED MOTION FOR A
PRELIMINARY INJUNCTION AND EXHIBITS THERETO UNDER SEAL**

Defendant Applied Systems, Inc. ("Applied") hereby seeks leave of Court to file under seal certain portions of its Sur-reply in Opposition to Plaintiff Ardent Labs, Inc., d/b/a Comulate's ("Comulate") Renewed Motion for a Preliminary Injunction ("Sur-reply") and certain exhibits thereto. Per the applicable Court Procedures, Counsel for Applied contacted Counsel for Comulate, asking whether it consented to the motion. Applied did not receive a response before the filing of this motion.

Pursuant to Local Rule 26.2, Applied submits this request "to file a document or portion of a document electronically under seal in connection with" the Sur-reply, specifically portions of the Sur-reply and Exhibits A through M to the Declaration of Aaron Perahia, attached to the Sur-reply ("Exhibits"). The Sur-reply and Exhibits contain confidential information regarding Applied's and Comulate's businesses, as well as customer-specific data, that is similar to information that this Court has previously ordered sealed in this action.

Pursuant to Local Rule 26.2(c) and contemporaneously with this Motion, Applied (i) provisionally filed the Sur-reply and Exhibits under seal with no redactions; and (ii) filed a redacted copy of the Sur-reply and Exhibits on the public docket with confidential information redacted.

WHEREFORE, Applied respectfully requests that the Court enter an order allowing it to file under seal an unredacted version of the Sur-reply and Exhibits.

Dated: April 16, 2026

Respectfully submitted,

*s/ Sam S. Stake*_____

Jonathan C. Bunge (Ill. Bar #6202603)
Nathan Hamstra (Ill. Bar # 6286325)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1101 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
jonathanbunge@quinnemanuel.com
nathanhamstra@quinnemanuel.com

Sam S. Stake (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4624
(415) 875-6600
samstake@quinnemanuel.com

Aaron H. Perahia (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa Street
Los Angeles, California 90017
(213) 443-3000
aaronperahia@quinnemanuel.com

Sami H. Rashid (admitted *pro hac vice*)

David LeRay (admitted *pro hac vice*)
Salvadore J. Diaz (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
salvadorediaz@quinnemanuel.com

*Attorneys for Defendant Applied Systems, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

*/s/ Sam S. Stake*
Sam S. Stake
