**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARDENT LABS, INC., d/b/a COMULATE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-cv-00591 |
| | ) | |
| APPLIED SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | Hon. Manish S. Shah |
| | ) | |
| _____ | ) | |

**APPLIED'S MOTION FOR LEAVE TO FILE CERTAIN PORTIONS OF ITS**
**MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**
**COMULATE'S AMENDED COMPLAINT UNDER SEAL**

Defendant Applied Systems, Inc. ("Applied") hereby seeks leave of Court to file certain portions of its Memorandum of Law in Further Support of its Motion to Dismiss Comulate's Amended Complaint (the "Memorandum") under seal. Per the applicable Court Procedures, Counsel for Applied contacted Counsel for Comulate, asking whether it consented to the motion. Comulate responded indicating it did not oppose this motion.

Pursuant to Local Rule 26.2, Applied submits this request "to file a document or portion of a document electronically under seal in connection with" the Memorandum, specifically portions of the Memorandum. The Memorandum contains confidential information regarding Comulate's business that is similar to information that this Court has previously ordered sealed in connection with Comulate's Amended Complaint and Applied's Motion to Dismiss Comulate's Complaint.

Pursuant to Local Rule 26.2(c) and contemporaneously with this Motion, Applied (i) provisionally filed the Memorandum under seal with no redactions; and (ii) filed a redacted copy of the Memorandum on the public docket with confidential information redacted.

WHEREFORE, Applied respectfully requests that the Court enter an order allowing it to file under seal an unredacted version of the Memorandum.

Dated: May 21, 2026

Respectfully submitted,

*s/ Sam S. Stake*_____

Jonathan C. Bunge (Ill. Bar #6202603)
Nathan Hamstra (Ill. Bar # 6286325)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1101 N. Wacker Dr., Suite 2700
Chicago, IL 60606
(312) 705-7400
jonathanbunge@quinnemanuel.com
nathanhamstra@quinnemanuel.com

Sam S. Stake (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4624
(415) 875-6600
samstake@quinnemanuel.com

Aaron H. Perahia (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street
Los Angeles, California 90017
(213) 443-3000
aaronperahia@quinnemanuel.com

Sami H. Rashid (admitted *pro hac vice*)
David LeRay (admitted *pro hac vice*)
Salvadore J. Diaz (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue

New York, New York 10016
(212) 849-7000
salvadorediaz@quinnemanuel.com

*Attorneys for Defendant Applied Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I filed the foregoing document with the United States District Court for the Northern District of Illinois using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

*/s/ Sam S. Stake*
Sam S. Stake